IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIN SPRENKLE,

        Plaintiff,

vs.                                                                 Civil Action Number: 2:17-cv-00092

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

        Defendant.

## STIPULATION FOR DISMISSAL

The parties hereby stipulate to the voluntary dismissal with prejudice of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear his or its own attorney fees and court costs.

Respectfully submitted,

| | |
|---|---|
| MORGAN & PAUL, PLLC | SAUL EWING LLP |
| /s/ Gregory G. Paul | /s/ Michael J. Joyce |
| GREGORY G. PAUL (PA ID 83334) | MICHAEL J. JOYCE |
| First and Market Building | One PPG Place, 30th Floor |
| 100 First Avenue, Suite 1010 | Pittsburgh, PA 15222 |
| Pittsburgh, PA 15222 | (412) 209-2539 |
| (412) 259-8375 | (412) 209-2585 (facsimile) |
| (888) 822-9421 (facsimile) | |
| gregpaul@morgan-paul.com | *Counsel for Defendant* |
| | |
| *Counsel for Plaintiff* | |

Dated: July 25, 2017