IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIN SPRENKLE,

        Plaintiff,

vs.                                  Civil Action Number: 2:17-cv-00092

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

        Defendant.

## STIPULATION FOR DISMISSAL

The parties hereby stipulate to the voluntary dismissal with prejudice of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear his or its own attorney fees and court costs.

Respectfully submitted,

MORGAN & PAUL, PLLC                SAUL EWING LLP

/s/ Gregory G. Paul                       /s/ Michael J. Joyce
GREGORY G. PAUL (PA ID 83334)     MICHAEL J. JOYCE
First and Market Building                One PPG Place, 30th Floor
100 First Avenue, Suite 1010            Pittsburgh, PA  15222
Pittsburgh, PA  15222                    (412) 209-2539
(412) 259-8375                           (412) 209-2585 (facsimile)
(888) 822-9421 (facsimile)
gregpaul@morgan-paul.com             *Counsel for Defendant*

*Counsel for Plaintiff*

Dated:  July 25, 2017

AND NOW, this 4th day of August, 20 17
IT IS SO ORDERED.
_____
UNITED STATES DISTRICT JUDGE